UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITON PROPERTY INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD GEORGE, et al.,<br><br>    Defendants. | Case No. 21-cv-03024-VC<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 8 |

    Triton's motion to remand is granted. The Court lacks federal question jurisdiction because the claim against the defendants arises under state law. *See* 28 U.S. Code § 1331. The defendants cannot assert federal question jurisdiction on the basis of constitutional defenses they might raise. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Diversity jurisdiction cannot support removal either because the parties are not diverse. *See* 28 U.S.C. § 1332(a). Triton's request for costs, attorney's fees, and sanctions is denied, but the defendants are warned that if they remove the case again, and if Triton is forced to file another motion to remand, the Court will seriously consider imposing monetary sanctions. The Clerk of the Court is instructed to remand the case the California Superior Court, San Mateo County.

    **IT IS SO ORDERED.**

Dated: May 21, 2021

                                                            VINCE CHHABRIA
                                                            United States District Judge